Jyoti Ruprell, Esq.
Law Offices of Jyoti Ruprell, P.C.
P.O. Box 10006
Pleasanton, CA 94588
Tel: (510) 796-1157
Email: jyoti@jyotilaw.com

Attorney for Petitioner

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rahul KUMAR,<br><br>Petitioner,<br><br>vs.<br><br>Todd LYONS, Acting Director, Immigration and Customs Enforcement; Sergio ALBARRAN, Field Office Director of Enforcement and Removal Operations, San Francisco Field Office, Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Christoper CHESTNUT, Warden, California City Detention Facility; and Pamela BONDI, U.S. Attorney General,<br><br>Respondents. | Case No. 1:26-cv-00323-TLN-SCR<br><br>~~PROPOSED~~ ORDER GRANTING PETITIONER'S MOTION TO ACCEPT LATE FILING |

Good cause having been shown, this Court ORDERS that Petitioner's Motion to Accept Late Filing (ECF No. 28) is GRANTED and the Reply to Respondent's Objections (ECF No. 28-2) is deemed timely filed.

Date: November 20, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE